UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>John Robert Wilson<br><br>                    Debtor.<br><br>John Robert Wilson,<br><br>                    Appellant,<br><br>   v.<br><br>JPMorgan Chase Bank NA,,<br><br>                  Appellee. | CASE NO. 2:23-cv-01827<br><br>Bankruptcy No. 28:1334<br><br>ORDER |

This matter comes before the Court on Appellant's Motion for Extension of Time to File Opening Appellate Brief. Dkt. # 11. The Court understands that Appellee has told the Courtroom Deputy that it does not intend to oppose the motion. The Court GRANTS the motion and extends deadlines as follows:

    Appellant's Brief:             March 13, 2024

    Appellee's Response Brief:   April 12, 2024

    Appellant's Reply Brief:     April 26, 2024

    The Court DIRECTS the Clerk to renote this Bankruptcy Appeal for April 26, 2024.

ORDER - 1

Dated this 22nd day of February, 2024.

                                            *John H. Chun*

                                            John H. Chun
                                            United States District Judge

ORDER - 2