UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>JOHN ROBERT WILSON<br><br>               Debtor.<br><br>JOHN ROBERT WILSON,<br><br>               Defendant/Appellant,<br><br>   v.<br><br>JPMORGAN CHASE BANK NA,<br><br>               Plaintiff/Appellee. | CASE NO. 2:23-cv-01827-JHC<br><br>Bankruptcy No. 28:1334<br><br>ORDER |

This matter comes before the Court on Appellant's Second Motion for Extension of Time to File Opening Appellate Brief. Dkt. # 13. Per a communication with the Courtroom Deputy, Appellee indicates (1) it defers to the Court on the motion and (2) asks that its time to respond not be shortened as counsel will be out of the office between the dates of March 26–29, 2024. The Court GRANTS the motion and sets the following schedule:

    Appellant's Brief:               March 20, 2024

    Appellee's Response Brief:    April 24, 2024

ORDER - 1

Appellant's Reply Brief:        May 8, 2024

The Court DIRECTS the Clerk to renote this Bankruptcy Appeal for May 8, 2024.

Dated this 11th day of March, 2024.

*John H. Chun*
John H. Chun
United States District Judge

ORDER - 2