UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re: <br><br> JOHN ROBERT WILSON <br><br> Debtor. <br><br> JOHN ROBERT WILSON, <br><br> Defendant/Appellant, <br><br> v. <br><br> JPMORGAN CHASE BANK NA,, <br><br> Plaintiff/Appellee. | CASE NO. 2:23-cv-01827-JHC <br><br> Bankruptcy No. 23-10919-MLB <br><br> ORDER |

This matter comes before the Court on the parties' Stipulation to Consolidate Appeals. Dkt. # 15. Under Federal Rule of Bankruptcy Procedure 8003(b)(2), the Court may consolidate the appeals. The Court ORDERS that:

(1) *Wilson, et al. v. JPMorgan Chase Bank NA, et al.*, No. 2:24-cv-00096-TL and *In re John R. Wilson*, No. 2:23-cv-001827-JHC are consolidated under the case number 2:23-cv-001827-JHC.

(2) The consolidated case shall have the following briefing schedule:

ORDER - 1

      (a) Appellant's Brief is due April 2, 2024;

      (b) Appellee's Response Brief is due May 2, 2024; and

      (c) Appellant's Reply Brief is due May 16, 2024.

(3) The Court DIRECTS the Clerk to re-note this appeal for May 16, 2024.

Dated this 19th day of March, 2024.

*John H. Chun*
John H. Chun
United States District Judge

ORDER - 2