UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>JOHN ROBERT WILSON<br><br>Debtor.<br><br>JOHN ROBERT WILSON,<br><br>Defendant/Appellant,<br><br>v.<br><br>JPMORGAN CHASE BANK NA,,<br><br>Plaintiff/Appellee. | CASE NO.2:23-cv-01827-JHC<br><br>Bankruptcy No. 28:1334<br><br>ORDER |

This matter comes before the Court on Appellant's Motion for Extension of Time to File Opening Brief. Dkt. # 19. The Court understands that Appellee's counsel has indicated that Appellee does not oppose the motion. The Court GRANTS the motion and sets the following schedule:

    Appellant's Brief:          April 16, 2024

    Appellee's Response Brief:   May 16, 2024

    Appellant's Reply Brief:     May 30, 2024

ORDER - 1

The Court DIRECTS the Clerk to renote this Bankruptcy Appeal for May 30, 2024.

Dated this 1st day of April, 2024.

John H. Chun
United States District Judge

ORDER - 2