UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| John and Jacqueline Wilson,<br><br>        Appellants,<br><br>  v.<br><br>JP Morgan Chase Bank, N.A., et al.,<br><br>        Appellees. | No. 2:23-cv-01827-JHC<br><br>ORDER GRANTING UNOPPOSED MOTION TO EXTEND RESPONSE BRIEF DEADLINE |

Having considered the Unopposed Motion to Extend Response Brief Deadline (Dkt. # 24):

IT IS HEREBY ORDERED that Appellees' Unopposed Motion to Extend Response Brief Deadline is GRANTED. The deadline for Appellees to file their response brief is set for June 17, 2024.

Dated this 7th day of May, 2024.

                                                       *John H. Chun*
JOHN H. CHUN
UNITED STATES DISTRICT COURT JUDGE

ORDER GRANTING MOTION TO EXTEND
RESPONSE BRIEF DEADLINE
(No. 2:23-cv-01827-JHC) –1