UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re

John R. Wilson,

Debtor.

JOHN and JACQUELINE WILSON,

Plaintiffs,

v.

JPMORGAN CHASE BANK, N.A., et al.,

Defendants.

Case No. 2:23-cv-01827-JHC

STIPULATED MOTION REGARDING BRIEFING SCHEDULE & ORDER

NOTE ON MOTION CALENDAR: June 11, 2024

Appellants John and Jacqueline Wilson ("Appellants"), Appellee J.P. Morgan Chase Bank, N.A. ("Chase"), and Appellee Quality Loan Service Corp. of Washington ("Quality") respectfully submit the following stipulation regarding Appellants' appeals.

These matters all relate to the same home loan. Appellants first appealed from an order denying Mr. Wilson's objection to Chase's claim in his Chapter 11 bankruptcy proceeding. *See* Dkt. # 1. Appellants then appealed from an order partially granting Chase and Quality's Motion to Dismiss Appellants' claims in a related adversary proceeding. *See* Case No. 24-cv-00096-TL, Dkt. # 12. Those two appeals were consolidated before this Court, Dkt. # 16, and a briefing schedule

(which has been amended once), made Appellants brief due by April 16, 2024, and Appellee's response due June 17, 2024. Dkt. # 20, 26. Appellants timely filed their opening brief on April 16, 2024. Dkt. # 21.

On May 29, 2024, Appellants filed a Second Amended Notice of Appeal to the District Court for the Western District of Washington and Motion for Supplementary Briefing and for Briefing Schedule, which references the Bankruptcy Court's order granting summary judgment to Chase and Quality on the remaining claims in the adversary proceeding. Dkt. # 27 ("Notice"). That same Notice asked that the Appellants be allowed to supplement their opening brief, and proposed that the Court allow them two weeks to do so after granting their Motion. *Id*. The Notice also asked that Appellees have the same time to respond as they would under the original schedule, or, in other words, 30 days after the supplemental brief. *Id*.

In response, the Court renoted the appeal for July 1, 2024. *See* Order dated May 31, 2024. However, in order to allow Appellants to file a supplemental brief that encompasses all issues before the Court and Appellees to file a single response brief, the parties respectfully request that the Court renote the appeal and enter the following briefing schedule to apply to all the issues properly before the Court:

| **Deadline** | **Date** |
|---|---|
| Appellant's Supplemental Brief | June 19, 2024 |
| Appellee's Response Brief | July 19, 2024 |
| Appellant's Reply Brief | August 2, 2024 |

Dated: June 11, 2024

By: s/ *John R. Wilson* (with permission)

John R. Wilson, pro se
19318 99th Ave. SE
Snohomish, WA 98296

*Appellant*

By: s/ *Amanda J. Beane*

Amanda J. Beane, WSBA No. 33070
ABeane@perkinscoie.com
Hannah E.M. Parman, WSBA No. 58897
HParman@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

By: s/ *Lance E. Olsen* (with permission)

**McCarthy & Holthus, LLP**

Lance E. Olsen
700 Stewart Street, Suite 5103
Seattle, WA 98101
(206) 553-2000

*Attorneys for JP Morgan Chase Bank, N.A*

By: s/ *Robert William McDonald* (with permission)

Robert William McDonald, WSBA # 43842

*Quality Loan Services Corporation of Washington*

**ORDER**

IT IS SO ORDERED. The Court DIRECTS the Clerk to renote this appeal for August 2, 2025.

DATED this 11th day of June, 2024.

John H. Chun
United States District Judge