UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>JOHN ROBERT WILSON,<br><br>Debtor.<br><br>JOHN ROBERT WILSON,<br><br>Appellant,<br><br>v.<br><br>JPMORGAN CHASE BANK NA,,<br><br>Appellees. | CASE NO.2:23-cv-01827-JHC<br><br>Bankruptcy No. 23-10919-MLB<br><br>ORDER |

Before the Court is Appellant's Motion for One Week Extension of Time to File Reply Brief. Dkt. # 34. Counsel for Appellants confirmed in an email to the Court that they do not oppose the motion. The Court GRANTS the motion. Appellant's Reply brief deadline is now August 9, 2024. The Court DIRECTS the Clerk to re-note the matter at Dkt. # 9 for August 9, 2024.

/

/

ORDER - 1

1   Dated this 31st day of July, 2024.

John H. Chun
United States District Judge

ORDER - 2