UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| John and Jacqueline Wilson,<br><br>          Appellants,<br><br>   v.<br><br>JP Morgan Chase Bank, N.A., et al.,<br><br>          Appellees. | No. 2:23-cv-01827-JHC<br><br>ORDER GRANTING APPELLEES' MOTION TO CORRECT THE RECORD |

Having considered Appellees' Motion to Correct the Record Pursuant to Federal Rule of Bankruptcy Procedure 8009(E)(2), Dkt. # 32, which motion is unopposed (*see* LCR 7(b)(2)):

IT IS HEREBY ORDERED that Appellees' Motion to Correct the Record Pursuant to Federal Rule of Bankruptcy Procedure 8009(E)(2) is GRANTED. The following documents from the below proceedings are added to the record on appeal:

| Number | Date | Case Number | Docket Number | Pleading Name |
|---|---|---|---|---|
| 1 | 5/18/2023 | 23-10919-TWD | 1 | Voluntary Petition for Bankruptcy |
| 2 | 11/21/2023 | 23-10919-TWD | 103 | Objection to Confirmation by JP Morgan Chase Bank, National Association |
| 3 | 12/24/2023 | 23-10919-TWD | 119 | Corrected: Notice of and Motion and Hearing And Motion of Debtor to Stay Proceedings Pending Appeal |
| 4 | 1/11/2024 | 23-10919-TWD | 136 | Order Denying Debtor's Motion to Stay Proceedings Pending Appeal |

ORDER GRANTING MOTION
TO CORRECT THE RECORD
(No. 2:23-cv-01827-JHC) –1

| Number | Date | Case Number | Docket Number | Pleading Name |
|---|---|---|---|---|
| 5 | 12/13/2023 | 23-01073-TWD | | In re: John Robert Wilson, Debtor [23-10919-MLB] | John Robert Wilson and Jaqueline Wilson, Plaintiffs v. JP Morgan Chase Bank, N.A., Defendants [Adversary Proceeding 23-01073-ML] --- Transcript of Digitally Recorded Hearing December 13, 2023 |
| 6 | 4/24/2024 | 23-01073-TWD | | In re: John Robert Wilson, Debtor [23-10919-MLB] | John Robert Wilson and Jaqueline Wilson, Plaintiffs v. JP Morgan Chase Bank, N.A., Defendants [Adversary Proceeding 23-01073-ML] --- Transcript of Digitally Recorded Hearing April 24, 2024 |

Dated this 2nd day of August, 2024.

*John H. Chun*
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE