UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| John and Jacqueline Wilson,<br><br>          Appellants,<br><br>    v.<br><br>JP Morgan Chase Bank, N.A., et al.,<br><br>          Appellees. | No. 2:23-cv-01827-JHC<br><br>ORDER GRANTING APPELLEES' MOTION TO SUPPLEMENT THE RECORD |

    Before the Court is Appellees' Motion to Supplement the Record Pursuant to Federal Rule of Bankruptcy Procedure 8009(E)(2). Dkt. # 33. Given Federal Rule of Bankruptcy Procedure 8002(a)(4), the Court has determined that it has jurisdiction to review the Order Granting Chase's Motion for Summary Judgment.

    Accordingly, IT IS HEREBY ORDERED that Appellees' Motion to Supplement the Record Pursuant to Federal Rule of Bankruptcy Procedure 8009(E)(2) is GRANTED. The following documents from the below proceedings are added to the record on appeal:

| Number | Date | Case Number | Docket Number | Pleading Name |
|---|---|---|---|---|
| 1 | 2/9/2024 | 23-01073-TWD | 74 | Quality Loan Service Corporation of Washington's Notice of Joinder and Joinder of Defendant JP Morgan Chase Bank N.A.'s Motion for Summary Judgment |

ORDER GRANTING MOTION TO
SUPPLEMENT THE RECORD
(No. 2:23-cv-01827-JHC) – 1

| Number | Date | Case Number | Docket Number | Pleading Name |
|---|---|---|---|---|
| 2 | 4/1/2024 | 23-01073-TWD | 90 | Plaintiffs Response to Chase's Motion for Summary Judgment |
| 3 | 4/2/2024 | 23-01073-TWD | 91 | Reply In Support of Chase's Motion for Summary Judgment |
| 4 | 4/30/2024 | 23-01073-TWD | 100 | Order Granting JP Morgan Chase N.A.'s Motion for Summary Judgment |
| 5 | 5/7/2024 | 23-01073-TWD | 103 | Motion for Reconsideration of Judge Barreca's Summary Judgment Ruling and Memorandum In Support Of Motion for Reconsideration |
| 6 | 5/21/2024 | 23-01073-TWD | 105 | Order Denying Motion for Reconsideration |

DATED this 12th day of September, 2024.

John H. Chun
United States District Judge

ORDER GRANTING MOTION TO
SUPPLEMENT THE RECORD
(No. 2:23-cv-01827-JHC) –2